March 24, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF C.D.B., A MINOR CHILD

NO. 14-13-00718-CV

_____

This cause, an appeal from the Order of Dismissal, signed May 16, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred by dismissing appellant, Cedrick Brent's, request for reimbursement or offset of certain child support relative to a claim for arrearages by appellee, Shanda Elaine Mays. We therefore order that the portion of the order that dismissed appellant, Cedrick Brent's, request for reimbursement or offset of certain child support relative to a claim for arrearages by appellee, Shanda Elaine Mays, is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the order, dismissing appellant, Cedrick Brent's, request for modification and retroactive child support and order it **AFFIRMED**.

We order appellant, Cedrick Brent, and appellee, Shanda Elaine Mays, to each pay one half of all costs incurred in this appeal.

We further order this decision certified below for observance.